AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     UNITED STATES DISTRICT COURT (Disclosure)

# UNITED STATES DISTRICT COURT
for the
## Southern District of Mississippi

**FILED**

**May 21 2024**

**ARTHUR JOHNSTON, CLERK**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Mario Fairley | ) | Case No: 1:17cr35HSO-RHW-003 |
| a/k/a Mario Knight | ) | USM No: 20240-043 |
| Date of Original Judgment: 08/29/2017 | ) | |
| Date of Previous Amended Judgment: | ) | Abby Brumley Edwards |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated     08/29/2017     shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   5-21-2024

Effective Date:   5-21-2024
*(if different from order date)*

_____
*Judge's signature*

The Honorable Halil Suleyman Ozerden, U.S. District Judge
*Printed name and title*